| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | DAN M. KARMEL (NYBN 5151485)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7007 |
| 7 | FAX: (415) 436-7234<br>Email: Dan.Karmel@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-00367-CRB | |
| Plaintiff, | ) | NOTICE OF ADDITIONAL COUNSEL | |
| v. | ) | | |
| EDUARDO ALFONSO VIERA-CHIRINOS ET AL., | ) | | |
| Defendant. | ) | | |

The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant United States Attorney Dan M. Karmel appears in this matter in addition to AUSA Ryan Arash Rezaei. Future ECF notices should be sent to Assistant United States Attorney Dan M. Karmel with the following contact information: Dan M. Karmel, 450 Golden Gate Ave, 9th Floor, San Francisco, CA 94102, email: Dan.Karmel@usdoj.gov. AUSA Ryan Arash Rezaei remains as counsel for the government in this case.

///

///

///

| | |
|---|---|
| DATED:  September 22, 2022 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>United States Attorney |
| | _____/S/_____<br>Dan M. Karmel<br>Assistant United States Attorney |